# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
AUG 27 2025
THIS O...
... U.S. Dis...
Greensboro ...
By ___

UNITED STATES OF AMERICA    )
    )
v.    )    1:25MJ342-1
    )
DAVID TAYLOR    )

## ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant. The Court has reviewed Defendant's Financial Affidavit and concludes that Defendant is financially unable to employ counsel, does not wish to waive counsel, and that the interest of justice requires appointment of counsel at the Government's expense.

**IT IS THEREFORE ORDERED** that Assistant Federal Public Defender Mireille Clough is appointed to represent Defendant in this action.

This, the 27th day of August, 2025.

_____
Joe L. Webster
United States Magistrate Judge